IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUMMER L RIFENBURG | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6791 |
| | : | |
| BRUCE W. JENNINGS, et al. | : | |

# ORDER

AND NOW, this 29th day of September, 2026, upon consideration of the Motions to Dismiss by Defendants Bruce Jennings, Kim Montgomery, Detective Ryan Howell, and Alexander Blumenthal (ECF Nos. 7, 8, 10, 22); Plaintiff Summer Rifenburg's responses to their Motions (ECF Nos. 9, 13, 23); and Rifenburg's Motions for Default Judgment (ECF Nos. 16-20, 24-28); and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Defendants' Motions (ECF Nos. 7, 8, 10, 22) are GRANTED and Rifenburg's pending Motions (ECF Nos. 9, 13, 23, 16-20, 24-28) are DENIED.

It is further ORDERED that Rifenburg's Complaint is DISMISSED WITHOUT PREJUDICE. Rifenburg is permitted, but not required, to file an Amended Complaint on or before **October 29, 2026.** If Rifenburg does not wish to amend, she may file a notice to that effect with the Court on or before **October 29, 2026**, at which time the Court will issue a final order dismissing the Complaint with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.